JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SHEPHERDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CRYPTO COMPANY, MICHAEL ALCIDE POUTRE III, AND IVAN IVANOKOVICH,<br><br>Defendants. | Case No. 2:17-cv-09157-CAS(FFMx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL<br><br>[Fed. R. Civ. Proc. 41(a)(ii)] |

The Court, pursuant to the stipulation of the parties, and good cause appearing therefor, hereby grants the dismissal of this action in its entirety, with each side to bear their own respective attorneys' fees and costs. Motion to Dismiss Complaint[19] is denied as moot and all dates are hereby vacated.

**IT IS SO ORDERED.**

*Christina A. Snyder* (signature)

February 15, 2018
DATE

THE HON. CHRISTINA A. SNYDER